

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-17-00852-CR

Jordan Michael **SANNICOLA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR7800
Honorable Kevin M. O'Connell, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED March 14, 2018.

_____
Marialyn Barnard, Justice